IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA TUCKER, | ) |
| Plaintiff, | ) |
| vs. | ) No: 04:08-CV-1143-JCH |
| SUN FINANCE CO, d/b/a SUNSET FORD, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the foregoing motion having been presented, and the Court having examined same and being fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that the defendant's Motion to Request To Be Excused Pursuant to Local Rule 16-6.02(4) is allowed and the claims representative for Sentry Select Insurance Company is excused from attending the Mediation of this matter, but must participate by telephone.

DATE: 4/16/09

_____
JUDGE JEAN C. HAMILTON

